IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 6:18CR14 |
| DERRICK RIGGS, | ) |
| Defendant. | ) |

ORDER

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary. All motions are dismissed.

SO ORDERED, this 8th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA